# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| VILLAGE FARMS, L.P., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> NATURESWEET LTD., <br><br> Defendant and Counter-Plaintiff. | Civil Action No. 5:17-cv-00112-OLG <br><br> Jury Demanded |

## STIPULATION OF DISMISSAL OF CLAIMS BETWEEN VILLAGE FARMS, L.P. AND NATURESWEET, LTD

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Village Farms, L.P. and Defendant Naturesweet, Ltd., by their undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1), both (1) Village Farms, L.P.'s claims against Naturesweet LTD. in the above-referenced action be, and hereby are, dismissed without prejudice, and (2) Naturesweet LTD.'s counterclaims against Village Farms, L.P. in the above-referenced action be, and hereby are, dismissed without prejudice. Each party shall bear its own costs and attorneys' fees in connection with the claims dismissed in this action.

Date: November 1, 2017

Respectfully Submitted,

/s/ David M. Perry

David M. Perry
(Admitted *Pro Hac Vice*)
PA Bar No. 84812
Thomas H, Kelly

/s/ Jeff Richardson

Jeff Richardson
Texas Bar No. 16864450
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600

1

(Admitted *Pro Hac Vice*)
PA Bar No. 315843
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
Tel: (215) 569-5767
Fax: (215) 832-5767
Email: Perry@BlankRome.com
Email: Kelly@BlankRome.com

Domingo M. LLagostera
Texas Bar No. 24070157
Blank Rome LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
Tel: (713) 228-6601
Fax: (713) 228-6605
Email: DLLagostera@BlankRome.com

*Attorneys for Plaintiff Village Farms, L.P.*

Dallas, Texas 75201-7932
Tel.: (214) 855-8000
Fax.: (214) 855-8200
Email: jeff.richardson@nortonrosefulbright.com

*Attorney for NS Brands, Inc. Formerly Known As Naturesweet, Ltd.*

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure:

>J. Jeffery Richardson
>Linda M. Merritt
>Norton Rose Fulbright US LLP
>2200 Ross Avenue, Suite 3600
>Dallas, Texas 75201-7932

>*/s/ Lynn Marlin*
>Lynn Marlin